IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEVEN CRAIG FULTS )
)
) No. 3:09-00507
v. ) William J. Haynes, Jr.
) U.S. District Court Judge
)
JIM MORROW, WARDEN )

## MOTION FOR EXTENSION OF TIME

Steven Fults, through counsel, requests an extension of time to file a response to the Respondent's motion to dismiss. The Respondent, Jim Morrow, filed his motion to dismiss on April 27, 2011. Mr. Fults is in the process of conducting an investigation that will enable him to respond more accurately and more forcefully to the Respondent's grounds for dismissal. Realistically, Mr. Fults needs sixty more days to complete this investigation and draft his response to the motion. According, Mr. Fults asks this Court to grant him an additional sixty days, that is until August 1, 2011, to file a response to the Respondent's motion to dismiss.

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2011, I electronically filed the foregoing *Motion For Extension of Time* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Brent C. Cherry, Assistant Attorney General, P.O. Box 20207, Nashville, Tennessee 37202.

/s/ *Isaiah S. Gant*
Isaiah S. Gant