## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| STEVEN CRAIG FULTS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 3:09-0507 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| JIM MORROW, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss

(Docket Entry No. 45) is **GRANTED,** and Petitioner's petition for the writ of habeas corpus is

**DENIED**. This action is **DISMISSED with prejudice**. Petitioner is **GRANTED** a Certificate of

Appealability, but only on his <u>Blakely</u> sentencing claim.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _24th_ day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court